KAEDIAN LLP
NANNINA L. ANGIONI (SBN 238052)
nangioni@kaedianllp.com
KATHERINE C. MCBROOM (SBN 223559)
kmcbrom@kaedianllp.com
8383 Wilshire Blvd., Ste. 210
Beverly Hills, CA 90211
Telephone: (310) 893-3372
Facsimile: (310) 893-3191

Attorneys for Plaintiff
STEPHANIE ANDERS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ANDERS, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED AIRLINES, INC., a Delaware corporation; CODY DEAL, an individual; and DOES 1-25, Inclusive,<br><br>     Defendants. | Case No: 2:19-cv-5809-GW-KS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Stephanie Anders and defendant, United Airlines, Inc., through their respective counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's Complaint be dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

DATED: September 21, 2021                KAEDIAN LLP

                                         By: *Katherine McBroom*
                                         NANNINA L. ANGIONI
                                         KATHERINE C. MCBROOM
                                         Attorneys for Plaintiff
                                         Stephanie Anders


DATED: September 21, 2021                VICTOR RANE

                                         By: *Natasha Pardasani*
                                         RICHARD LAZENBY
                                         NATASHA PARDASANI
                                         Attorneys for Defendant
                                         UNITED AIRLINES, INC.

# **ORDER**

Based upon the Stipulation by and between plaintiff Stephanie Anders and defendant, United Airlines, Inc., IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

DATED: September 21, 2021

_____
HON. GEORGE WU
U.S. DISTRICT JUDGE